**Marqueion HARRISON,
Plaintiff–Appellant,**

v.

**State of NORTH CAROLINA; Department of Correction, Division of Prisons, Defendants–Appellees.**

No. 10–6744.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.

Decided: July 1, 2010.

Marqueion Harrison, Appellant Pro Se.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

v.

**State of NORTH CAROLINA, Individually, and in his and her official capacity; Department of Correction, Division of Prisons, Individually, and in his and her official capacity; Boyd Bennett, Director of the State of North Carolina, Individually, and in his and her official capacity; Keith Whitener, Superintendent of Alexander Correctional Institution, Individually, and in his and her official capacity; FNU Gribble, Correctional Officer of the North Carolina Department of Corrections, Individually, and in his and her official capacity, Defendants–Appellees.**

No. 10–6743.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.

Decided: July 1, 2010.

Marqueion Harrison, Appellant Pro Se.

Before DUNCAN, AGEE, and DAVIS,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Marqueion Harrison appeals the district
court's order dismissing without prejudice
his 42 U.S.C. § 1983 (2006) complaint for
failure exhaust administrative remedies.*
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Harrison v. North Carolina*, No. 5:10–cv–
00044–GCM, 2010 WL 1665301 (W.D.N.C.
Apr. 23, 2010). We deny Harrison's mo-
tion to appoint counsel and dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*

---

\* Because the record clearly establishes that ex-
haustion did not occur, the order is final. *See*

*Domino Sugar Corp. v. Sugar Workers Local
Union 392*, 10 F.3d 1064, 1066–67 (1993).